IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JOHN TORTENSON,

        Plaintiff,

    *vs.*                Case No. 2:19-cv-00159-LA

MONARCH RECOVERY MANAGEMENT, INC,

        Defendant.

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff, John Tortenson, and the Defendant, Monarch Recovery Management, Inc., by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, hereby agree, stipulate and give notice that all claims in this action are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: April 18, 2019

| | |
|---|---|
| By: /s/ Joshua A. Mize<br>Joshua A. Mize, Esq.<br>Mize Law, PLLC<br>110 Front Street, Suite 300<br>Jupiter, FL 33477<br>(407) 913-6800 / (407) 604-7410 (f)<br>Attorney for Plaintiff<br>John Tortenson | By: /s/ Ronald M. Metcho, Esq.<br>Ronald M. Metcho, Esq.<br>Margolis Edelstein<br>220 Penn Avenue, Suite 305<br>Scranton, PA 18503<br>(570) 257-6510 / (570) 342-4841 (f)<br>Attorney for Defendant<br>Monarch Recovery<br>Management, Inc. |